UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 07 2007
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 06-40104 (01)&(04) |
| Plaintiff, | \* | |
| vs. | \* | ORDER MODIFYING RELEASE CONDITIONS |
| NATHAN KLUTMAN and AMANDA WOODS, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Previously both Defendant Nathan Klutman and Defendant Amanda Woods have requested Condition No. 7(j) of their respective release orders be modified to allow them to have contact with each other. The matter was again brought for consideration by the court during Mr. Klutman's change of plea hearing on February 7, 2007. The government does not object to the modification and the probation officer is supportive of the request. Further, the court's prior concerns have now been adequately addressed. Accordingly, it is hereby

ORDERED that Condition No. 7(j) of the Order Setting Conditions of Release as to both Defendant Nathan Klutman and Defendant Amanda Woods is modified to allow contact between Mr. Klutman and Ms. Woods, said contact to be allowed under parameters as defined by the probation office.

Dated this 7th day of February, 2007.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _____, Deputy
(SEAL)